THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 James Waiters,
 Jr., Appellant.
 
 
 
 
 

Appeal From Greenville County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2010-UP-296
Submitted May 3, 2010  Filed May 27, 2010    

AFFIRMED

 
 
 
 J. Falkner Wilkes, of Greenville, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General Christina J. Catoe, all of
 Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  James Waiters, Jr., appeals his
 convictions for two counts of armed robbery and possession of a firearm,
 arguing the trial court erred in denying his new trial motion.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
 authorities:  State v. Alexander, 303 S.C. 377, 383, 401 S.E.2d 146, 150
 (1991) (abolishing the rule prohibiting inconsistent verdicts in criminal cases
 and finding a defendant suffers no prejudice from inconsistent verdicts in a
 criminal case); State v. Nichols, 325 S.C. 111, 123, 481 S.E.2d 118, 124
 (1997) (finding the appeal of the denial of a new trial motion based on
 inconsistent verdicts lacked merit because the rule prohibiting inconsistent
 verdicts was abolished).
AFFIRMED.
HUFF, SHORT, and WILLIAMS,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.